June 14, 1993.  Denied.

**Albert L. DE GRAFFENRIED,
petitioner, v. UNITED
STATES.**

No. 92–1507.

Supreme Court of the United States.